UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan – Southern Division

---

Case No.: 09-76796
Chapter: 7
Hon. Marci B. McIvor

In Re: Tracey Lynn Sharay, Debtor.

-------------------------------------------------------------------------------------------------------------------/

**CERTIFICATE OF SERVICE**

I, Guy T. Conti, hereby affirm under the penalty of perjury, that on December 18, 2009 I served a copy of Amended Schedule G and Amended Statement of Intention on:

CCO Mortgage Corp.
10561 Telegraph Road
Glen Allen, VA  23059-4577

By placing said documents in the U.S. Mail, first-class postage fully prepaid.

| | |
|---|---|
| December 18, 2009 | /s/Guy T. Conti |
| | Guy T. Conti |
| | The Law Offices of Guy T. Conti, PLLC |
| | Attorney for Debtors |
| | 302 N. Huron Street |
| | Ypsilanti, MI  48197 |
| | 734.272.4771 voice |
| | 888.848.8228 fax |
| | gconti@contilegal.com |